1   David E. Bower (SBN 119546)
    FARUQI & FARUQI, LLP
2   10866 Wilshire Boulevard, Suite 1470
3   Los Angeles, CA 90024
    Tel: (424) 256-2884
4   Fax: (424) 256-2885
    dbower@faruqilaw.com
5
    Joseph T Lukens
6   Richard D. Schwartz
    FARUQI & FARUQI, LLP
7   101 Greenwood Avenue Suite 600
8   Jenkintown, PA 19046
    Tel: (215) 577-5770
9   Fax: (215) 577-5771
    jlukens@faruqilaw.com
10  rschwartz@faruqilaw.com
11  Attorneys for Plaintiff

12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16   Brent Maness, individually and on behalf          Civil Case 4:12-cv-05220-DMR
     of others similarly situated,
                                                        CLASS ACTION
17                                  Plaintiff,
                                                        **STIPULATION**
18          v.

19   Expedia, Inc., et al.,

20                                  Defendants.

21

22

23          WHEREAS, Plaintiffs filed the Complaint in this litigation on October 9, 2012;

24          WHEREAS, all of the Defendants have agreed to waive service of the Complaint;

25          WHEREAS, a number of substantially similar complaints have been filed nationwide;

26          WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed

27   before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate

28   all of the actions in one court;

     AMECURRENT 703612177.2 19-Oct-12 00:07

1    WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29,

2   2012, and the parties expect that the JPML will issue a decision on the motion within a few

3   weeks after the hearing;[1]

4    WHEREAS, Plaintiffs and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com

5   LP, Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com (USA), Inc.,

6   Booking.com B.V., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts

7   Worldwide, Inc., Marriott International, Inc., Trump International Hotels Management, LLC,

8   Kimpton Hotel & Restaurant Group, LLC, and InterContinental Hotels Group Resources, Inc.

9   (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated

10   before one court;

11    WHEREAS, Plaintiffs and Defendants wish to preserve the parties' and the Court's

12   resources and efficiently manage the litigation so as not to cause prejudice;

13    NOW THEREFORE, the parties agree as follows:

14    1.    Defendants will not be required to answer or otherwise plead in response to the

15   Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. §

16   1407.  If this Court is the transferee court, Defendants' time to answer or otherwise plead will be

17   extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file

18   their opposition to a motion to dismiss, if filed, within 60 days thereafter.  In the event that the

19   Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer

20   within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this

21   action.  No discovery shall be served in the above-captioned matter while this stipulation is in

22   effect;

23

24    2.    In the event that Defendants voluntarily file or are ordered to file a responsive

25   pleading in any other related action prior to the JPML's decision, Defendants agree that this

26   stipulation will become void and in that event, all of the parties agree to negotiate in good faith

27   _____
[1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242
28   n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the
Chair has finalized and approved each written opinion pertaining to that session").

2

1    regarding a responsive pleading date.

2

3         3.    If this Court is the transferee court, Defendants agree that they will engage in a

4    conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead

5    counsel for the Plaintiffs.  If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407

6    is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P.

7    26(f) with Plaintiffs within 14 days of the denial of the motion.

8    DATED:  October 31, 2012

9

10   FOR PLAINTIFFS:                                FOR DEFENDANTS:

11   By:/s/ *David E. Bower*                        By:    /s/ *Emily Johnson Henn*
         David E. Bower (SBN 119546)                    Emily Johnson Henn (SBN 269482)
12       FARUQI & FARUQI, LLP                           COVINGTON & BURLING LLP
         10866 Wilshire Boulevard, Suite 1470           333 Twin Dolphin Dr., Suite 700
13       Los Angeles, CA 90024                          Redwood Shores, CA  94065
         Tel: (424) 256-2884                            Telephone:  (650) 632-4700
14       Fax:424) 256-2885                              Facsimile:  (650) 632-4800
         dbower@faruqilaw.com                           ehenn@cov.com
15
         Joseph T Lukens                                Attorneys for Defendants
16       Richard D. Schwartz                            Expedia, Inc. and Hotels.com LP
         FARUQI & FARUQI, LLP
17       101 Greenwood Avenue Suite 600             By:    /s/ George S. Cary
         Jenkintown, PA 19046                           George S. Cary (SBN 73858)
18       Tel: (215) 577-5770                            Steven J. Kaiser
         Fax: (215) 577-5771                            CLEARY GOTTLIEB STEEN &
19       jlukens@faruqilaw.com                          HAMILTON LLP
         rschwartz@faruqilaw.com                        2000 Pennsylvania Avenue, NW
20                                                      Washington, D.C.  20006
     Attorneys for Plaintiffs                          New York, NY  10017
21                                                      Telephone:  (212) 974-1554
                                                        Facsimile:  (212) 974-1999
22                                                      gcary@cgsh.com
                                                        skaiser@cgsh.com
23
                                                        Attorneys for Defendants
24                                                      Travelocity.com LP and Sabre Holdings
                                                        Corporation
25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    /s/ Kevin J. Arquit
     Kevin J. Arquit
     SIMPSON THACHER & BARTLETT
     LLP
     425 Lexington Avenue
     New York, NY  10017
     Telephone:  (212) 455-2000
     Facsimile:  (212) 455-2502
     karquit@stblaw.com

     Attorneys for Defendants
     Priceline.com Incorporated,
     Booking.com (USA), Inc., and
     Booking.com B.V.

By:    /s/ Christopher S. Yates
     Christopher S. Yates (SBN 161273)
     Daniel M. Wall
     Brendan A. McShane
     Jason L. Daniels
     LATHAM & WATKINS LLP
     505 Montgomery Street, Suite 2000
     San Francisco, CA  94111
     Telephone:  (415) 391-0600
     Facsimile:  (415) 395-8095
     chris.yates@lw.com
     dan.wall@lw.com
     brendan.mcshane@lw.com
     jason.daniels@lw.com

     Attorneys for Defendant
     Orbitz Worldwide, Inc.

By:    /s/ Steven A. Newborn
     Steven A. Newborn
     Carrie M. Anderson
     Daniel E. Antalics (SBN 276488)
     WEIL, GOTSHAL & MANGES LLP
     1300 Eye Street, N.W., Suite 900
     Washington, D.C. 20005
     Telephone:  (202) 682-7000
     Facsimile:  (202) 857-0940
     steven.newborn@weil.com

     Of Counsel:
     James C. Egan, Jr.

     Attorneys for Defendant
     Hilton Worldwide, Inc.

4

AMECURRENT 703612177.2 19-Oct-12 00:07

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ Christopher J. Kelly
        Christopher J. Kelly (SBN 276312)
        MAYER BROWN LLP
        Two Palo Alto Square, Suite 300
        3000 El Camino Real
        Palo Alto, CA  94306-2112
        Telephone:  (650) 331-2000
        Facsimile:  (650) 331-2061
        cjkelly@mayerbrown.com

        Robert E. Bloch
        Richard Ben-Veniste
        MAYER BROWN LLP
        1999 K Street, N.W.
        Washington, D.C.  20006
        Telephone:  (202) 263-3203
        Facsimile:  (202) 263-5203
        rbloch@mayerbrown.com
        rben-veniste@mayerbrown.com

        Attorneys for Defendant
        Starwood Hotels & Resorts Worldwide,
        Inc.

By:     /s/ Jeffrey Kilduff
        Jeffrey Kilduff
        Ian Simmons
        Katrina M. Robson (SBN 229835)
        O'MELVENY & MYERS LLP
        1625 Eye Street, NW
        Washington, D.C.  20006
        Telephone:  (202) 383-5300
        Facsimile:  (202) 383-5414
        Jkilduff@omm.com
        isimmons@omm.com
        krobson@omm.com

        Attorneys for Defendant
        Marriott International, Inc.

By:     /s/ Francis J. Burke, Jr.
        Francis J. Burke, Jr. (SBN 75970)
        SEYFARTH SHAW LLP
        One Century Plaza
        2029 Century Park East, Suite 3500
        Los Angeles, CA 90067-3021
        Telephone:  (310) 201-5214
        Facsimile:  (310) 282-6993
        fburke@seyfarth.com

        Attorney for Defendant
        Trump International Hotels
        Management, LLC

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ Marie L. Fiala
       Marie L. Fiala (SBN 79676)
       Ryan M. Sandrock (SBN 251781)
       SIDLEY AUSTIN LLP
       555 California Street
       San Francisco, CA  94104
       Telephone:  (415) 772-1200
       Facsimile:  (415) 772-7400
       mfiala@sidley.com
       rsandrock@sidley.com

Attorneys for Defendant
Kimpton Hotel & Restaurant Group, LLC

By:     /s/ Timothy T. Scott
       Timothy T. Scott (SBN 126971)
       Leo Spooner III (SBN 241541)
       KING & SPALDING LLP
       333 Twin Dolphin Drive, Suite 400
       Redwood Shores, CA  94065
       Telephone:  (650) 590-0700
       Facsimile:  (650) 590-1900
       tscott@kslaw.com
       lspooner@kslaw.com

Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
jcashdan@kslaw.com
chopkinson@kslaw.com
sstatz@kslaw.com

Attorneys for Defendant
InterContinental Hotels Group Resources, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>Nov. 6, 2012</u>

      THE HONORABLE DONNA M. RYU
      United States Magistrate Judge

6

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on November 1, 2012, I electronically filed the foregoing document

3    using the CM/ECF system which will send notification of such filing to the e-mail addresses

4    registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby

5    certify that I have caused to be mailed a paper copy of the foregoing document via the United

6    States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List

7    generated by the CM/ECF system.  I also emailed this document to all parties who's emails are

8    indicated on this Stipulation, above.

9

10                                                /s/ *David E Bower*

11                                                David E. Bower

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AMECURRENT 703612177.2 19-Oct-12 00:07

# Mailing Information for a Case 4:12-cv-05220-DMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,mblackman@faruqilaw.com,ecfca@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)